IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY FRANK ASBERRY, JR.,<br>　　　　Plaintiff,<br>　　v.<br>SHERIFF THOMAS H. SMITH, et al.,<br>　　　　Defendants.<br>_____/ | No. C 15-2441 MEJ  (PR)<br><br>**ORDER OF TRANSFER** |

　　Plaintiff has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 complaining of events at the Washington County Law Enforcement Center in Sandersville, Georgia. Sandersville is located within the venue of the Middle District of Georgia. <u>See</u> 28 U.S.C. § 90(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore is proper in the Middle District of Georgia, and not in this one. <u>See</u> 28 U.S.C. § 1391(b).

　　Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Middle District of Georgia. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis. The Clerk of the Court shall terminate all pending motions and transfer the case forthwith.

　　IT IS SO ORDERED.

DATED: June 29, 2015

　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge